No. 88–5755. WILLIAMS ET AL. *v.* WARD ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.